# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
Filed: October 21, 2024

```
* * * * * * * * * * * * * *  *
JOHN KEVIN ROBINSON           *
for and on behalf of his minor son, G.K.S.,  *
                              *
         Petitioner,          *    No. 21-1992V
                              *
v.                            *    Special Master Sanders
                              *
SECRETARY OF HEALTH           *
AND HUMAN SERVICES,           *
                              *
         Respondent.          *
* * * * * * * * * * * * * *  *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On October 21, 2024, the parties filed a joint stipulation of dismissal pursuant to Vaccine Rule 21(a). ECF No. 54.

Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is hereby **dismissed without prejudice**. The Clerk of Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Herbrina D. Sanders
Herbrina D. Sanders
Special Master

---

[1] Because this Order contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

### IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### OFFICE OF THE SPECIAL MASTERS

| | | |
|---|---|---|
| JOHN KEVIN ROBINSON *for and on behalf of his minor child*, **G.K.S.**, | * | |
| **Petitioner,** | * | |
| | * | Case No. 1:21-vv-1992 |
| vs. | * | |
| **SECRETARY OF HEALTH AND HUMAN SERVICES,** | * | Special Master: Sanders |
| **Respondent.** | * | Date Filed: October 21, 2024 |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties, the following matters:

1. On October 12, 2021, Petitioner filed a Petition for Vaccine Compensation.

2. The parties hereby stipulate pursuant to Vaccine Rule 21(a) that this action should be dismissed.

Date Filed: October 21, 2024

/s/ Camille J. Webster
Camille J. Webster
U. S. Department of Justice
Vaccine/Torts Branch, Civil Division
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
202-307-3241
E-Mail: camille.webster@usdoj.gov

ATTORNEY FOR RESPONDENT

/s/ Sean Greenwood
Sean Greenwood
Federal Bar No. 15015
sean@gwoodlaw.com
The Greenwood Law Firm, PLLC
1415 North Loop West, Suite 1250
Houston, Texas 77008
TEL: (832) 356-1588
FAX: (832) 779-8483

ATTORNEY FOR PETITIONER